IN THE DISTRICT COURT IN AND FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:13-cv-00037-SM |
| ) | |
| HAUGHEY, PHILPOT, AND LAURENT, P.A. ) | |
| & ) | |
| BANK OF AMERICA, NA ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE FOR DEFENDANT BANK OF AMERICA, NA ONLY

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff gives notice to the Clerk of the United States District Court in and for the District Court of New Hampshire that the case against Defendant Bank Of America, NA only is voluntarily dismissed with prejudice.

Respectfully submitted this 10th day of July, 2013.

JOHN BURKE

By his attorneys,

SKINNER & RIVARD LAW OFFICES


/s/ John F. Skinner, III
John F. Skinner, III, Esq. (N.H. Bar 19886)
530 Chestnut Street, Third Floor
Manchester, NH  03101
603.622.8100
AttorneySkinner@gmail.com



Dated: July 10, 2013



**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants as of the date of filing.

/s/ John F. Skinner, III
John F. Skinner, III

Dated: July 10, 2013