IN THE DISTRICT COURT IN AND FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:13-cv-00037-SM |
| ) | |
| HAUGHEY, PHILPOT, AND LAURENT, P.A. ) | |
| & ) | |
| BANK OF AMERICA, NA ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF DISMISSAL

NOW COMES THE PLAINTIFF, John Burke, and by and through counsel, pursuant to Fed. R. Civ. P 41(a)(1)(A)(i), dismisses this action, in its entirety, and hereby provides Notice of Voluntary Dismissal.

1. "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;" Fed. R. Civ. P 41(a)(1)(A)(i).

2. No Answer has been filed and neither has any Motion for Summary Judgment.

WHEREFORE, Plaintiff is entitled to, and hereby Voluntarily Dismisses, this action pursuant to Fed. R. Civ. P. 41(1)(A)(i), in its entirety.

Respectfully submitted this 9th day of October, 2013.

Dated: October 09, 2013

> Respectfully submitted,
> PLAINTIFF,
> John Burke
> By His Attorneys
>
> /s/ John F. Skinner, III
> Atty. John F. Skinner III
> NHBN: 19886
> Skinner Law PLLC
> 530 Chestnut Street, 3rd Floor
> Manchester, NH 03101
> Tel: (603) 622-8100
> Fax: (888) 912-1497
> AttorneySkinner@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants as of the date of filing.

> /s/ John F. Skinner, III
> John F. Skinner, III

Dated: October 09, 2013